Name: Mark Birkhead
Address: 1840 41st Avenue
Suite 102-317, Capitola, CA 95010
Phone Number: (831) 239-2069
E-mail Address: mbirkhead@gmail.com

*Pro Se*

RECEIVED
JUL 26 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MARK BIRKHEAD

　　　　　Plaintiff,

vs.

OLIVER PARKER, an individual,
MICROSOFT CORPORATAION, DOES
1-4, INCLUSIVE

　　　　　Defendant.

Case Number: CV-12-2264-CW

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 7/31/2012

　　　　　　　　　　　　　　　　　/s/ Claudia Wilken
　　　　　　　　　　　　　　　　　United States District/~~Magistrate~~ Judge