IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BIRKHEAD,<br><br>    Plaintiff,<br><br>  v.<br><br>OLIVER PARKER, an individual; MICROSOFT CORPORATION, Washington Corporation, DOES 1 through 4, inclusive,<br><br>    Defendants.<br>_____/ | No. C 12-2264 CW<br><br>ORDER REGARDING PLAINTIFF'S RE-NOTICE FILED ON JULY 26, 2012, Docket No. 29. |

    On July 26, 2012, Plaintiff filed a "First Amended Re-Notice of Plaintiff's Motion to Dismiss," Docket No. 29, attempting to set a hearing for August 30, 2012.  The Court declines to calendar a hearing on that day.  Pursuant to the Court's July 26, 2012 order, Plaintiff's motion to dismiss has been deemed an opposition to Defendant's motion to dismiss, as well as a motion to remand the action to state court.  The Court has taken both motions under submission on the papers.

    IT IS SO ORDERED.

Dated: 8/1/2012

CLAUDIA WILKEN
United States District Judge