LYNNE C. HERMLE (STATE BAR NO. 99779)
JESSICA R. PERRY (STATE BAR NO. 209321)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:     650-614-7401
lchermle@orrick.com
jperry@orrick.com

BROOKE D. ARENA (STATE BAR NO. 238836)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     415-773-5700
Facsimile:     415-773-5759
barena@orrick.com

Attorneys for Defendant
MICROSOFT CORPORATION and OLIVER PARKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK BIRKHEAD,<br><br>            Plaintiff,<br><br>     v.<br><br>OLIVER PARKER, an individual; MICROSOFT CORPORATION, Washington corporation, DOES 1-4, INCLUSIVE,<br><br>            Defendants. | Case No.  4:12-cv-02264-CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF, PURSUANT TO CIVIL LOCAL RULES 7-11 AND 16-2(d), FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

1  **ORDER**

2  The Court, having considered Defendants' Motion for Administrative Relief, Pursuant to

3  Civil Local Rules 7-11 and 16-2(d), For Continuance Of Initial Case Management Conference,

4  the Declaration of Lynne C. Hermle in support thereof, the Declaration of Brooke D. Arena in

5  support thereof, and the records on file in this action, hereby orders as follows:

7  **IT IS HEREBY ORDERED** that Defendants' Motion is GRANTED.

8  The initial case management conference currently set for September 5, 2012 is continued until

9  _____September 19_____, 2012, at __2:00 p.m.__.

11

12  Dated: __8/15/2012__

14  _____
The Honorable Claudia Wilken
15  United States District Court Judge

-1-

[PROPOSED] ORDER RE DEFENDANTS' MOTION FOR
ADMINISTRATIVE RELIEF TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE [4:12-CV-02264-CW]